# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**UNITED STATES OF AMERICA,**

*Plaintiff,*

*v.*

CAUSE NO. 3:16-CR-74-CWR-LGI-001

**PATRICK HOLIDAY,**

*Defendant.*

## <u>ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE</u>

On November 29, 2018, this matter came before Senior United States District Judge William H. Barbour for a sentencing hearing. The defendant was sentenced by the Court to a term of eight-two (82) months imprisonment, which was to be followed by a five (5) year term of supervised release. On January 2, 2019, this case was reassigned to this Court. On January 20, 2022, the defendant began his term of supervised release. To date, the defendant has completed approximately three (3) years and seven (7) months of his term of supervision and pursuant to information supplied by probation, he has been in complete compliance with all conditions of his release. At this time, the defendant is seeking an early termination of his supervised release pursuant 18 U.S.C. § 3583(e)(1). The Court has heard from both the defendant and probation in his matter and hereby grants the request for early termination of the defendant's supervised release, based on the defendant's exemplary compliance under his term of supervised release.

**SO ORDERED**, this the 12th day of August, 2025.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE